UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RIKA WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>URBAN OUTFITTERS, INC.,<br><br>                Defendant. | DOCUMENT ELECTRONICALLY FILED<br><br>Civil Action No. 1:17-cv-11353-RBK-AMD |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

It is hereby stipulated and agreed, by and between the undersigned counsel for the respective parties, that the above-captioned action be, and the same hereby is, voluntarily dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

Respectfully submitted:

| | |
|---|---|
| **SHAVITZ LAW GROUP, P.A.**<br><br>By:    /s/ *Michael John Palitz*<br>Michael John Palitz, Esq.<br>830 Third Avenue, 5th Floor<br>New York, New York 10022<br>Telephone: (800) 616-4000<br>Facsimile: (561) 447-8831<br>Email: mpalitz@shavitzlaw.com<br><br>*Attorneys for Plaintiff*<br>*Rika Williams* | **DRINKER BIDDLE & REATH LLP**<br><br>By:   /s/ *William R. Horwitz*<br>William R. Horwitz, Esq.<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>Telephone: (973) 549-7142<br>Facsimile: (973) 360-9831<br>Email: william.horwitz@dbr.com<br><br>*Attorneys for Defendant*<br>*Urban Outfitters, Inc.* |

120220718